IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YUKIE SOTO-ELLIOTT, | |
| Plaintiff, | 8:25CV296 |
| vs. | |
| FACEBOOK C/O GROUP PAGES OF, : Hastings confessions/complaints, Stolen Valor, Crimie G.I. Firefighter Navy Seal fan Club[:"Robert" Yukie Soto Elliott Jennifer Gillian Newstead and 2,000 employees of law firm office; SCOTT MILLER, MAKAISTEN BLAKE DOWNING, MICHAEL R. MURRY, MATHEW W. HICKMAN, JEREMIAH M. HICKMAN, TIMOTHY E. HOEFT, HON.; DANIEL EUGENE MILBURN,  GRAND ISLAND POLICE DEPARTMENT, FRANKLIN SHERIFF'S DEPARTMENT,  HALL COUNTY ATTORNEY OFFICE,  HASTING POLICE DEPARTMENT,  ADAMS COUNTY SHERIFF'S DEPARTMENT,  HALL COUNTY SHERIFF'S DEPARTMENT, MINDEN POLICE DEPARTMENT, JOSE RODRIGUEZ, LENNY EVERSON, CINDY K. EVERSON, AMY JREUTT, landlord family owner; MIDWEST PREMIER INVESTMENTS, DAVID NORTHROP, NICK HANKINS, and NATHAN ALLEN, | **MEMORANDUM AND ORDER** |
| Defendants. | |

Plaintiff Yukie Soto-Elliott, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 1st day of May, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge

2